UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND, | Case No. 1:24-cv-664 |
| | Judge J. Philip Calabrese |
| Plaintiff, | |
| v. | |
| PUBLICIS HEALTH, LLC, | |
| Defendant. | |

# JUDGMENT

The Court filed its Opinion and Order in this matter.  Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  February 26, 2025

> J. Philip Calabrese
> United States District Judge
> Northern District of Ohio